IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:20-cv-00043-MR

| | |
|---|---|
| STEVE LEE WALDEN MENIUS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GASTON COUNTY DEPARTMENT OF )<br>SOCIAL SERVICES, et al., )<br>)<br>Defendants. )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff's Letter that was docketed as a Motion for Extension of Time to Amend [Doc. 23].

The *pro se* incarcerated Plaintiff alleges that he has been repeatedly quarantined without access to legal materials due to the COVID-19 pandemic. He alleges that his present period of quarantine will expire on October 8, 2020. He requests additional time to prepare and file his Amended Complaint as well as a blank complaint form.

Plaintiff's Motion will be granted for good cause shown. Plaintiff shall have until November 9, 2020 to file an Amended Complaint.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Letter [Doc. 23] is construed as a Motion for Extension of Time to Amend and is **GRANTED**. Plaintiff shall have until **November 9, 2020** to file an Amended Complaint.

The Clerk is respectfully instructed to mail Plaintiff a blank prisoner civil rights complaint form.

**IT IS SO ORDERED**.

Signed: October 9, 2020

Martin Reidinger
Chief United States District Judge